BARKER *v.* SAVAGE.

The finding of the facts upon which a motion for an amendment is decided at the trial term is not subject to exception.

MOTION to amend an officer's return of an attachment denied, subject to the plaintiff's exception.

*Eastman* and *Wheeler*, for the plaintiff.

*Small*, for a subsequent attaching creditor.

STANLEY, J.   The case shows no error in law, and the finding of the facts on which the motion was denied is not subject to exception.

*Exception overruled.*

FOSTER, J., did not sit.